# United States District Court
# Eastern District of California

CALVIN CHANG

Plaintiff(s)

V.

Jared Burns-Coffin

Defendant(s)

Case Number: 2:26-cv-02546-DAD-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Victoria S. Lalande hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant; Jared Burns-Coffin Insurance and Financial Services, Inc. a California Corporation

On 04/24/2020 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/23/2026 Signature of Applicant: /s/ Victoria S. Lalande

**Pro Hac Vice Attorney**

Applicant's Name: Victoria S. Lalande

Law Firm Name: Troutman Amin, LLP

Address: 222 West Las Colinas Blvd.

Ste 1650

City: Irving State: TX Zip: 75039

Phone Number w/Area Code: (817) 975-3522

City and State of Residence: Texas

Primary E-mail Address: victoria@troutmanamin.com

Secondary E-mail Address: victoria@troutmanamin.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court’s ECF system:

Local Counsel's Name: Eric J. Troutman

Law Firm Name: Troutman Amin, LLP

Address: 400 Spectrum Center Drive

Ste 1450

City: Irvine State: CA Zip: 92618

Phone Number w/Area Code: (949) 761-5021 Bar # 229263

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT